USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: __8/8/2023__



45 East 34th Street, 5th Floor
New York, New York 10016
Tel.: (212) 594-1035
Email: info@ahnejilaw.com
Website: www.ahnejilaw.com

August 7, 2023

*Via ECF*
Hon. Analisa Torres, U.S.D.J.
United States District Court
Southern District of New York
500 Pearl Street, Courtroom 15D
New York, NY 10007

      **Re: Martinez Galindo, et al. v. Space 86 Corp., et al.**
        **Case No.: 1:23-cv-02818-AT**

Dear Judge Torres:

  This office represents the Defendants, Space 86 Corp. (d/b/a Space Market) and Pang Gi Lee ("Defendants"), in the above-referenced matter. We write respectfully, with consent of Plaintiff's counsel, to request an adjournment of the Parties' deadline to submit a joint proposed Case Management Plan and Scheduling Order, which is due today. This is the Parties' first request.

  The instant matter was previously referred to the Mediation Office by the Court's Order, dated May 12, 2023 [ECF Docket No. 16] (the "Order"), prior to a Rule 16(b) case management conference.

  Mediation in this matter was originally scheduled for August 3, 2023, at 10:00 a.m. However, upon Plaintiff's counsel's request, and with the undersigned's consent, the mediation that was originally scheduled for August 3, 2023 has been rescheduled to October 5, 2023, at 10:00 a.m.

  The Parties have exchanged relevant payroll records and information, including damage calculations by each side, to the extent that they were in the respective Parties' possession. The Parties intend to make their best efforts to settle this matter through the scheduled mediation.

  For these reasons, the Parties respectfully request that the deadline to submit a joint proposed Case Management Plan and Scheduling Order be extended to a later date.

      We apologize for any inconvenience this may have caused, and we thank the Court for its time and consideration in this matter.

Respectfully submitted,

/s/ Joon Harold Lee
**AHNE & JI, LLP**
By: Joon Harold Lee, Esq.

GRANTED. By **October 19, 2023**, the parties shall submit a joint letter and proposed case management plan and scheduling order.

SO ORDERED.

Dated: August 8, 2023
      New York, New York

_____
ANALISA TORRES
United States District Judge