```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: _09/05/2023_
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X

ALEXIS DANIEL MARTINEZ GALINDO,

                   *Plaintiff*,

   -against-

SPACE 86 CORP. (D/B/A SPACE MARKET) and
PANG GI LEE,

                 *Defendants*.
-------------------------------------------------------------------X

Civil Action No. **23-cv-02818-AT**

**JUDGMENT**

## **JUDGMENT**

On September 1, 2023, Plaintiff filed a notice of acceptance of offer of judgment pursuant to Rule 68 of the Federal Rules of Civil Procedure;

NOW, it is hereby ORDERED, ADJUDGED AND DECREED as follows:

That the Plaintiff, ALEXIS DANIEL MARTINEZ GALINDO, has judgment against SPACE 86 CORP. (D/B/A SPACE MARKET) and PANG GI LEE, jointly and severally, in the amount of Thirty Thousand Dollars and No Cents ($30,000.00), which is inclusive of attorneys' fees and costs.

The Clerk of Court is directed to terminate any pending motions, vacate all conferences, and close the case.

Dated: September 5, 2023
      New York, New York

_____
ANALISA TORRES
United States District Judge